| | |
|---|---|
| ELIZABETH DAY (SBN 177125) | MORGAN, LEWIS & BOCKIUS LLP |
| IAN N. FEINBERG (SBN 88234) | JASON C. WHITE (*admitted pro hac vice*) |
| DAVID ALBERTI (SBN 220625) | MANSI H. SHAH (SBN 244669) |
| YAKOV ZOLOTOREV (SBN 224260) | DAVID N. PATARIU (SBN 270708) |
| MARC BELLOLI (SBN 244290) | 77 West Wacker Drive |
| FEINBERG DAY ALBERTI & THOMPSON LLP | Chicago, IL  60601-5094 |
| 1600 El Camino Real, Suite 280 | Telephone: 312.324.1000 |
| Menlo Park, CA 94025 | Facsimile: 312.324.1001 |
| Tel: 650.618.4360 | Email: jwhite@morganlewis.com |
| Fax: 650.618.4368 | Email: mshah@morganlewis.com |
| Email: eday@feinday.com | Email: dpatariu@morganlewis.com |
| Email: ifeinberg@feinday.com | |
| Email: dalberti@feinday.com | MORGAN, LEWIS & BOCKIUS LLP |
| Email: yzolotorev@feinday.com | DION M. BREGMAN (SBN 208393) |
| Email: mbelloli@feinday.com | AHREN C. HSU-HOFFMAN (SBN 250469) |
| | JASON E. GETTLEMAN (SBN 269733) |
| Attorneys for Plaintiff *Pragmatus AV, LLC* | WALTER SCOTT TESTER (SBN 287228) |
| | 2 Palo Alto Square |
| | 3000 El Camino Real, Suite 700 |
| | Palo Alto, CA  94306-2122 |
| | Tel:  650.843.4000 |
| | Fax:  650.843.4001 |
| | E-mail: dbregman@morganlewis.com |
| | E-mail: ahsu-hoffman@morganlewis.com |
| | E-mail: jgettleman@morganlewis.com |
| | E-mail: stester@morganlewis.com |
| | |
| | JOHN V. GORMAN |
| | MORGAN, LEWIS & BOCKIUS LLP |
| | 1701 Market Street |
| | Philadelphia, PA 19103 |
| | Tel:  215-963-5000 |
| | Fax:  215-963-5001 |
| | Email: jgorman@morganlewis.com |
| | |
| | Attorneys for Defendant *Yahoo!, Inc.* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| PRAGMATUS AV, LLC, | Case No. 3-13-cv-01176-EMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN DEADLINES** |
| v. | |
| YAHOO! INC., | |
| Defendant. | |

On July 11, 2013, this Court issued a Case Management Order setting certain deadlines (Docket No. 25). The parties have agreed to the extension of certain deadlines as follows:

- Initial Invalidity Contentions will be due December 9, 2013; and
- Exchange of Proposed Terms for Construction will be due December 16, 2013.

The extension of these dates shall in no way interfere with the aspects of the litigation and shall not impact any of the remaining dates set forth in this Court's Case Management Order.

THEREFORE, pursuant to Federal Rule of Civil Procedure 16(d), both parties stipulate to an extension of the deadlines as follows:

- Initial Invalidity Contentions will be due December 9, 2013; and
- Exchange of Proposed Terms for Construction will be due December 16, 2013.

Respectfully submitted,

Dated: December 5, 2013    FEINBERG DAY ALBERTI & THOMPSON LLP

By: /s/ *Marc Belloli*
Elizabeth Day
Ian Feinberg
David Alberti
Yakov Zolotorev
Marc Belloli

Attorneys for Plaintiff *Pragmatus AV, LLC*

Dated: December 5, 2013    MORGAN, LEWIS & BOCKIUS LLP

By: /s/ *Mansi H. Shah*
Jason C. White
Dion M. Bregman
John V. Gorman
Ahren C. Hsu-Hoffman
Jason E. Gettleman
Mansi H. Shah
David N. Patariu
W. Scott Tester

Attorneys for Defendant *Yahoo! Inc.*

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I, Mansi H. Shah, attest that concurrence in the filing of the document has been obtained from the other signatory. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of December 2013, at Chicago, Illinois.

/s/ *Mansi H. Shah*
Mansi H. Shah

**ORDER**

IT IS SO ORDERED.

DATED: 12/19/13

Honorable Edward M. Chen
United States District Judge



3

STIPULATION AND [PROPOSED] ORDER
EXTENDING CERTAIN DEADLINES
NO. 3-13-CV-01176-EMC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW