ELIZABETH DAY (SBN 177125)
eday@feinday.com
IAN N. FEINBERG (SBN 88234)
ifeinberg@feinday.com
DAVID ALBERTI (SBN 220625)
dalberti@feinday.com
YAKOV ZOLOTOREV (SBN 224260)
yzolotorev@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
**FEINBERG DAY ALBERTI & THOMPSON LLP**
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Tel:  650.618.4360
Fax:  650.618.4368

Attorneys for Plaintiff
Pragmatus AV, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAGMATUS AV, LLC,<br><br>             Plaintiff,<br><br>      v.<br><br>YAHOO! INC.,<br><br>             Defendant. | CASE NO.  C 13-01176 EMC<br><br>**[PROPOSED] ORDER GRANTING JOINT REQUEST FOR EQUIPMENT IN THE COURTROOM NECESSARY FOR MARKMAN TUTORIAL** |

-1-

**[PROPOSED] ORDER RE EQUIPMENT IN COURTROOM – CASE NO. C 13-01176 EMC**

1  The Court GRANTS the parties' joint request for permission to bring certain equipment
2  for use in connection with the April 7, 2014 Markman Tutorial.
3  Parties may bring the following equipment to the courtroom on April 7, 2014:
4  - A projector
5  - A projector screen
6  - A table
7  - Electrical cords
8  - Electronic video switching device
9  - Notebook Computers and attached electronic data storage devices
10 The equipment will be removed immediately following the hearing on April 7, 2014.

12 **IT IS SO ORDERED**

14 Dated: April _4_, 2014

15 _____
16 EDWARD M. CHEN
   UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*