MORGAN, LEWIS & BOCKIUS LLP
JASON C. WHITE (*pro hac vice*)
MANSI H. SHAH, SBN 244669
DAVID N. PATARIU, SBN 270708
77 West Wacker Drive
Chicago, IL  60601-5094
Telephone: 312.324.1000
Facsimile: 312.324.1001
E-mail: jwhite@morganlewis.com
E-mail: mshah@morganlewis.com
E-mail: dpatariu@morganlewis.com

JOHN V. GORMAN (*pro hac vice*)
1701 Market Street
Philadelphia, PA 19103-2921
Phone:  215.963.5000
Fax:  215.963.5001
E-mail: jgorman@morganlewis.com

Attorneys for Defendant Yahoo! Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| PRAGMATUS AV, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>YAHOO! INC.,<br><br>　　　　　　　Defendant. | Case No. 3-13-cv-01176-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Courtroom: 5 – 17th Floor<br>Judge: Hon. Edward M. Chen |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

STIP. & [PROP.] ORDER TO CONTINUE
CASE MANAGEMENT CONFERENCE
NO. 3-13-CV-01176-EMC

1  Defendant Yahoo! Inc., by and through its undersigned counsel, and Plaintiff Pragmatus
2  AV, LLC, by and through its undersigned counsel, hereby stipulate as follows:
3  WHEREAS, a Case Management Conference is currently scheduled for June 26, 2014;
4  WHEREAS, Defendant's lead counsel, Jason C. White, is not available for the Case
5  Management Conference as currently scheduled;
6  WHEREAS, the Parties are available on July 10, 2014, and generally available during the
7  week of July 7, 2014;
8  WHEREAS, there have been no prior extensions of this particular Case Management
9  Conference date and the requested continuance should have no material effect on the schedule in
10 this case;
11 THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the
12 respective parties hereto, that:  Subject to the approval of the Court, the Case Management
13 Conference be rescheduled from June 26, 2014 to July 10, 2014 at 10:30 a.m.

Respectfully submitted,

Dated: June 18, 2014                    MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Mansi H. Shah*
    Mansi H. Shah
    *Attorney for Defendant Yahoo!, Inc.*

By: /s/ *Marc Belloli*
    Marc Belloli
    *Attorney for Plaintiff Pragmatus AV, LLC*

**ATTESTATION PURSUANT TO L.R. 5-1(i)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any signatory to this document.

*/s/ Mansi H. Shah*
Mansi H. Shah

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Case Management Conference in this matter is rescheduled from June 26, 2014 at 10:30 a.m. to July 10, 2014 at 10:30 a.m., and the parties will file a Case Management Statement a week before the conference, on July 3, 2014.

Dated: 6/24/14  _____
Edward M. Chen
U.S. District Judge

