MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
ELIZABETH DAY (SBN 177125)
eday@feinday.com
IAN N. FEINBERG (SBN 88324)
ifeinberg@feinday.com
DAVID ALBERTI (SBN 220625)
dalberti@feinday.com
CLAYTON THOMPSON (SBN 291331)
cthompson@feinday.com
YAKOV ZOLOTOREV (SBN 224260)
yzolotorev@feinday.com
**FEINBERG DAY ALBERTI & THOMPSON LLP**
1600 El Camino Real, Suite 280
Menlo Park, CA  94025
Tel:  650.618.4360
Fax:  650.618.4368

Attorneys for Plaintiff
PRAGMATUS AV, LLC

FILED

AUG 2 6 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRAGMATUS AV, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>YAHOO! INC.,<br><br>    Defendant. | CASE NO.  C 13-01176 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

It is hereby stipulated by and between Plaintiff Pragmatus AV, LLC ("Pragmatus") and Defendant Yahoo! Inc. ("Yahoo!") that, pursuant to Fed. R. Civ. P. 41(a), the entire action shall be dismissed with prejudice, including the complaint filed by Pragmatus on March 15, 2013. Each party shall bear its own cost and attorneys' fees.

1

STIP. & [PROP.] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE – C 13-01176 EMC

| | | |
|---|---|---|
| 1 | Dated: August 25, 2014 | FEINBERG DAY ALBERTI & THOMPSON LLP |

By  /s/ Marc Belloli
Marc Belloli
Elizabeth Day
Ian N. Feinberg
David Alberti
Clayton Thompson
Yakov Zolotorev

Attorneys for Plaintiff
PRAGMATUS AV, LLC

IT IS SO ORDERED:

Date: August 26, 2014

_____
Edward M. Chen
United States District Court Judge

2

STIP. & [PROP.] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE – C 13-01176 EMC